

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AUTUMN MIST GUERRERO,<br><br>Defendant. | CR 17-57-BLG-SPW-02<br><br>ORDER |

Upon the Defendant's Unopposed Motion for Leave to File Sentencing Memorandum Under Seal (Doc. 54), and for good cause being shown,

IT IS HEREBY ORDERED that Defendant's Motion for Leave to File Under Seal is **GRANTED**. The Defendant's Sentencing Memorandum shall be filed under seal.

DATED this 11th day of April, 2018.

SUSAN P. WATTERS
United States District Judge